**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

|  |  |
|---|---|
| **BOYCE GARLINGTON**<br>      Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No.<br>) |
|  | )   5:11-CV-00109-DPM |
| **DIVERSIFIED COLLECTIONS SERVICES, INC.**<br>      Defendant, | )<br>)<br>)<br>) |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Dated:  June14, 2011

                                                                RESPECTFULLY SUBMITTED:

                                                                /s/ Kevin J. Buckley, Jr., Esq.
                                                                Kevin J. Buckley, Jr.
                                                                Consumer Rights Law Firm
                                                                191 Merrimack Street, Suite 302
                                                                Haverhill, Massachusetts, 01830
                                                                Phone: (978) 212-3300
                                                                Fax: (888) 712-4458
                                                                Email:
                                                                attorneykevinb@consumerlawfirmcenter.com
                                                                Attorney for Plaintiff

**PROOF OF SERVICE**

I hereby certify that on June 14, 2011, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

                                                                /s/ Kevin J. Buckley, Jr., Esq.